IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| FREDERICK SKULFIELD | ) | |
| | ) | |
| Plaintiff, | ) | No.  23 cv 00339 |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Andrew L. Teel |
| NEIL REIMER, RDC TRANSPORT INC., VERSPEETEN CARTAGE LIMITED, and MOE'S TRANSPORT TRUCKING INC. | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION PURSUANT TO FRCP 16 (a)(5) FOR A DECEMBER 12, 2025, IN PERSON SETTLEMENT CONFERENCE**

Plaintiff Frederick Skulfield, by and through his attorneys, The Vrdolyak Law Group LLC, and Defendants by and through their attorneys  Lipe, Lyons, Murphy, Nahrstadt & Pontikis Ltd., jointly move pursuant to FRCP 16 (a)(5) for an in-person settlement conference before Magistrate Andrew Teel on December 12, 2025, beginning at 10 am local time and in support of this motion states as follows:

1) This is a commercial trucking case in which substantial fact and expert discovery has been conducted, including the disclosure of Rule 26 (a)(2) experts on both sides.

2) The parties believe that this Honorable Court could assist us in resolving this matter, which has reached an impasse with Plaintiff currently demanding $2.8 million and the defense having offered $2.0 million.

3) The parties' attorneys have cleared their respective schedules and wish to participate in an in-person 4-hour settlement conference and with the Court's help we believe we can resolve this matter.

*WHEREFORE*, Plaintiff and Defendants pray, through their respective attorneys, that an Order be entered setting a Rule 16 (a)(5) Settlement Conference before Magistrate Andrew Teel on December 12, 2025.

/s/ Jon C. Papin
Jon C. Papin ARDC# 6200779
**Vrdolyak Law Group LLC.**
9618 South Commercial Avenue
Chicago, Illinois 60617
(773) 731-3311
jpapin@vrdolyak.com
iherrera@vrdolyak.com

/s/ Amanda L. Zink
Amanda L. Zink
Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
(312) 702-0586
alz@lipelyons.com