IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| FREDERICK SKULFIELD | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 cv 00339 |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Andrew L. Teel |
| NEIL REIMER, RDC TRANSPORT INC., VERSPEETEN CARTAGE LIMITED, and MOE'S TRANSPORT TRUCKING INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION PURSUANT TO FRCP 16 (a)(5) FOR A DECEMBER 12, 2025, REMOTE PRE-TRIAL SETTLEMENT CONFERENCE**

Plaintiff Frederick Skulfield, by and through his attorneys, The Vrdolyak Law Group LLC, and Defendants by and through their attorneys Lipe, Lyons, Murphy, Nahrstadt & Pontikis Ltd., jointly move pursuant to FRCP 16 (a)(5) for the Court to conduct a remote (video) settlement conference before Magistrate Judge Andrew L. Teel on December 12, 2025, beginning at 10:00 a.m. (local time). In support of this Motion, the parties state as follows:

1) This is a commercial trucking case in which substantial fact and expert discovery has been conducted, including the disclosure of Rule 26 (a)(2) experts on both sides.

2) The parties believe that this Honorable Court could assist us in resolving this matter, which has reached an impasse with Plaintiff currently demanding $2.8 million and the defense having offered $2.0 million.

3) On November 25, 2025, the parties' filed a Joint Motion Pursuant To FRCP 16(a)(5) For A December 12, 2025, In Person Settlement Conference, which was ordered by Magistrate Andrew L. Teel the same day.

4) The parties previously anticipated appearing in person; however, due to projected weather conditions, scheduling logistics, and to minimize travel burdens and costs for counsel and party representatives, the parties jointly request that the settlement conference instead be conducted remotely.

5) All counsel and party representatives necessary to meaningfully participate in settlement discussions will be available by video for the duration of the conference, and the parties are prepared to comply with all procedures and technological requirements set by the Court.

WHEREFORE, Plaintiff and Defendants pray, through their respective attorneys, that an Order be entered setting a Rule 16 (a)(5) Settlement Conference remotely before Magistrate Andrew L. Teel on December 12, 2025 at 10:00 a.m. (local time).

<div style="display: flex;">

<div>

/s/ Jon C. Papin
Jon C. Papin ARDC# 6200779
**Vrdolyak Law Group LLC.**
9618 South Commercial Avenue
Chicago, Illinois 60617
(773) 731-3311
jpapin@vrdolyak.com
iherrera@vrdolyak.com

</div>

<div>

/s/ Amanda L. Zink
Amanda L. Zink
Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
(312) 702-0586
alz@lipelyons.com

</div>

</div>